UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Plaintiff,

v.   CASE NO. 3:14-cv-58-J-34JBT

STATE OF FLORIDA C/O
PUBLIC DEFENDER'S
OFFICE - DARCY GALNOR,

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency, construed as an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 6) and all of Plaintiff's pending motions (collectively "Motions") (Docs. 2–5, 8–10).  For the reasons set forth herein, the undersigned respectfully recommends that the Application be **DENIED**, the Motions be **DENIED as moot**, and the case be **DISMISSED without prejudice**.

On February 3, 2014, the Court entered an Order (Doc. 11) taking the Application and the Motions under advisement and directing Plaintiff to file an

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a).  "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

amended complaint on or before February 24, 2014. (*Id.* at 1, 4.) The Order also provided:

> Plaintiff is cautioned that this will likely be his only opportunity to cure the deficiencies in the Complaint. In light of Plaintiff's long history with the Court, which includes over sixty lawsuits filed by Plaintiff in this District, by now Plaintiff should be familiar with the applicable rules and procedures for filing a proper complaint in this Court. . . . If Plaintiff does not file a proper complaint as directed in this Order, the undersigned may recommend that the District Judge dismiss this case for failure to state a claim on which relief may be granted and/or want of prosecution.

(*Id.* at 4 n.2, 4.)

To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's Order. The undersigned therefore recommends that the Application be denied and the case be dismissed without prejudice pursuant to Local Rule 3.10(a) for Plaintiff's lack of prosecution of this case, including his failure to respond to the Court's Order, and for failure to state a claim on which relief may be granted. (*See* Doc. 11.)

Accordingly, it is respectfully **RECOMMENDED** that:

1. The Application (**Doc. 6**) be **DENIED**.

2. The Motions (**Docs. 2–5, 8–10**) be **DENIED as moot**.

3. The case be **DISMISSED without prejudice**.

4. The Clerk of the Court be directed to terminate any motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on March 4, 2014.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Plaintiff